**Order entered June 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00446-CV

**IDEAL ROOFING, INC., Appellant**

**V.**

**MIKE ARMBRUSTER, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03420-E**

## ORDER

We **GRANT** appellees' June 12, 2013 motion for an extension of time to file a brief.

Appellees shall file their brief on or before July 1, 2013. We caution appellees that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE